# *Intermountain Court Reporters*
## 5885 Holstein Way
## Murray, UT 84107

| DATE | INVOICE # |
|---|---|
| 1/5/2006 | 324 |

**PAID**

**BILL TO**

Stirba & Associates
MEB ANDERSON, ESQ.
215 So. State Street
Suite 750
SLC, UT 84111

| REPORTER |
|---|
| LINDA SMURTHWAITE, RDR |

| IN RE: |
|---|
| CALLAHAN V MILLARD |

| DESCRIPTION | AMOUNT |
|---|---|
| Per Diem January 5, 2006 | 70.00 |
| Deposition of Afton D. Callahan | 174.05 |
| Exhibits | 0.20 |
| Mail/Delivery | 6.00 |

Thank you for the opportunity of serving you!

**Total**     $250.25