## Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: Callahan, Afton |
| Slip.Transaction Typ | 2 - 2 |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | JKS Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 830  EXP<br>3/9/2005<br>WIP<br>Sevier County Sheriffs' Office | JKS<br>Process Service<br>Callahan, Afton | 1 | 31.50 | 31.50 |
| 829  EXP<br>3/11/2005<br>WIP<br>Sanpete County Sheriff's Office | JKS<br>Process Service<br>Callahan, Afton | 1 | 49.50 | 49.50 |
| 844  EXP<br>6/9/2005<br>WIP<br>Millard County--Service fees 11819 | JKS<br>Court Fees<br>Callahan, Afton | 1 | 67.50 | 67.50 |
| 860  EXP<br>7/18/2005<br>WIP<br>Summons and Complaint | JKS<br>Process Service<br>Callahan, Afton | 1 | 49.50 | 49.50 |
| 859  EXP<br>7/19/2005<br>WIP<br>Summons and Complaint | JKS<br>Process Service<br>Callahan, Afton | 2 | 48.00 | 96.00 |
| 984  EXP<br>10/8/2005<br>WIP<br>Court Filing Fee | JKS<br>Process Service<br>Callahan, Afton | 1 | 155.00 | 155.00 |
| 2024  EXP<br>10/11/2005<br>WIP<br>Filing Fee for 10th Circuit Appeal. | JKS<br>Court Fees<br>Callahan, Afton | 1 | 455.00 | 455.00 |
| 1304  EXP<br>9/14/2006<br>WIP<br>Costs for mailing Briefs to 10th Circuit Court-Denver. | JKS<br>Mailing<br>Callahan, Afton | 1 | 16.55 | 16.55 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 1451<br>2/12/2007<br>WIP<br>Airline costs--Kansas City for Hearing before 10th Circuit Court. | EXP | JKS<br>Mileage<br>Callahan, Afton | 1 | 482.04 | 482.04 |
| 1510<br>3/5/2007<br>WIP<br>Motel room and expenses in Kansas City, KA | EXP | JKS<br>Motel<br>Callahan, Afton | 1 | 225.18 | 225.18 |
| 1511<br>3/5/2007<br>WIP<br>Rental Car expense--Kansas City | EXP | JKS<br>Mileage<br>Callahan, Afton | 1 | 90.00 | 90.00 |
| 2026<br>3/7/2007<br>WIP<br>10th Circuit Appeal in Kansas City-Expenses | EXP | JKS<br>Travel<br>Callahan, Afton | 1 | 74.00 | 74.00 |
| 1595<br>8/19/2007<br>WIP<br>Binding of Supreme Court Briefs | EXP | JKS<br>Photocopies<br>Callahan, Afton | 1 | 42.19 | 42.19 |
| 1596<br>8/20/2007<br>WIP<br>Costs for mailing briefs to Supreme Court. | EXP | JKS<br>Mailing<br>Callahan, Afton | 1 | 8.38 | 8.38 |
| 3241<br>10/12/2008<br>WIP<br>Flight to New York/ Washington DC. | EXP | JKS<br>Travel<br>Callahan, Afton | 1 | 379.01 | 379.01 |
| 3242<br>10/12/2008<br>WIP<br>Motel--Washington DC | EXP | JKS<br>Motel<br>Callahan, Afton | 1 | 687.78 | 687.78 |
| 3243<br>10/12/2008<br>WIP<br>Rental Car--Washington DC | EXP | JKS<br>Travel<br>Callahan, Afton | 1 | 280.00 | 280.00 |

| Grand Total | | | | |
|---|---|---|---|
| | Billable | 0.00 | | 3189.13 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 3189.13 |

---

| Selection Criteria |
|---|

Slip.Classification     Open  
Clie.Selection     Include: Callahan, Afton  
Slip.Transaction Typ     1 - 1

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | JKS Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 985   TIME<br>11/1/2004<br>WIP<br>Responded to letter from James Fisher | JKS<br>Legal Service<br>Callahan, Afton | 0.60<br>0.00<br>0.60<br>0.00 | 150.00<br>T | 90.00 |
| 986   TIME<br>11/15/2004<br>WIP<br>Responded to letter from Peter Stirba; Researched law | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>1.00<br>0.00 | 150.00<br>T | 150.00 |
| 987   TIME<br>11/27/2004<br>WIP<br>Responded to letter from Greg Nielson; Reviewed file; Researched law | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>1.00<br>0.00 | 150.00<br>T | 150.00 |
| 988   TIME<br>12/21/2004<br>WIP<br>Mailed Waivers | JKS<br>Legal Service<br>Callahan, Afton | 0.80<br>0.00<br>0.80<br>0.00 | 150.00<br>T | 120.00 |
| 973   TIME<br>2/25/2005<br>WIP<br>Prepared forms from State | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>1.00<br>0.00 | 150.00<br>T | 150.00 |
| 990   TIME<br>3/15/2005<br>WIP<br>Mailed return of Service to Court. | JKS<br>Legal Service<br>Callahan, Afton | 0.50<br>0.00<br>0.50<br>0.00 | 150.00<br>T | 75.00 |
| 989   TIME<br>3/23/2005<br>WIP<br>Responded to letter from Dennis Ferguson; Researched law; Reviewed file | JKS<br>Legal Service<br>Callahan, Afton | 1.30<br>0.00<br>1.30<br>0.00 | 150.00<br>T | 195.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 982<br>4/12/2005<br>WIP<br>Clerk's letter for Proof of Service | TIME<br>JKS<br>Legal Service<br>Callahan, Afton | 0.50<br>0.00<br>0.50<br>0.00 | 150.00<br>T | 75.00 |
| 974<br>4/13/2005<br>WIP<br>Motion for Leave to file Amended Complaint; Researched law; Prepared Amended Complaint | TIME<br>JKS<br>Legal Service<br>Callahan, Afton | 2.40<br>0.00<br>2.40<br>0.00 | 150.00<br>T | 360.00 |
| 978<br>4/13/2005<br>WIP<br>Prepared Plaintiff's response to Defendant's Motion for a more definitive statement | TIME<br>JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>1.00<br>0.00 | 150.00<br>T | 150.00 |
| 991<br>4/21/2005<br>WIP<br>Researched law; Reviewed file; Telephone conference with Afton; Prepared Plaintiff's opposition to Defendant's Motion for Judgment on the pleading. | TIME<br>JKS<br>Legal Service<br>Callahan, Afton | 6.00<br>0.00<br>6.00<br>0.00 | 150.00<br>T | 900.00 |
| 976<br>4/21/2005<br>WIP<br>Researched law; Prepared Reply Memorandum in Support of Motion for Leave to file Amended Complaint | TIME<br>JKS<br>Legal Service<br>Callahan, Afton | 1.80<br>0.00<br>1.80<br>0.00 | 150.00<br>T | 270.00 |
| 977<br>5/17/2005<br>WIP<br>Reviewed Court's Order | TIME<br>JKS<br>Legal Service<br>Callahan, Afton | 0.50<br>0.00<br>0.50<br>0.00 | 150.00<br>T | 75.00 |
| 981<br>5/25/2005<br>WIP<br>Attorney letter | TIME<br>JKS<br>Legal Service<br>Callahan, Afton | 0.50<br>0.00<br>0.50<br>0.00 | 150.00<br>T | 75.00 |
| 992<br>5/25/2005<br>WIP<br>Responded to letter from Dennis Ferguson; Telephone conference with Afton | TIME<br>JKS<br>Legal Service<br>Callahan, Afton | 0.50<br>0.00<br>0.50<br>0.00 | 150.00<br>T | 75.00 |
| 975<br>6/15/2005<br>WIP<br>Reviewed Stipuation for Dismissal; Mailed to | TIME<br>JKS<br>Legal Service<br>Callahan, Afton | 0.50<br>0.00<br>0.50<br>0.00 | 100.00<br>T@1 | 50.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description<br>Attorney | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 971  TIME<br>7/28/2005<br>WIP<br>Reviewed file; Prepared Initial Disclosure; Prepared for mailing; Negotiated back and forth on Report of parties; Planning meeting; Filed seperate reports; Several telephone conferences with Attorney with changes to Report Proposals | JKS<br>Legal Service<br>Callahan, Afton | 4.20<br>0.00<br>4.20<br>0.00 | 150.00<br>T | 630.00 |
| 972  TIME<br>8/5/2005<br>WIP<br>Reviewed and calendared Scheduling Order | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>1.00<br>0.00 | 150.00<br>T | 150.00 |
| 980  TIME<br>8/12/2005<br>WIP<br>Reviewed letter from Attorney; Prepared and mailed letter in response | JKS<br>Legal Service<br>Callahan, Afton | 0.80<br>0.00<br>0.80<br>0.00 | 150.00<br>T | 120.00 |
| 983  TIME<br>10/8/2005<br>WIP<br>Prepared Complaints and Summons for each party; Reviewed file; Prepared for service and mailed | JKS<br>Legal Service<br>Callahan, Afton | 4.80<br>0.00<br>4.80<br>0.00 | 150.00<br>T | 720.00 |
| 970  TIME<br>10/17/2005<br>WIP<br>Met with Afton; Reviewed Defendant's Discovery Responses; Prepared Responses; Edited and prepared for mailing; mailed. | JKS<br>Legal Service<br>Callahan, Afton | 6.20<br>0.00<br>6.20<br>0.00 | 150.00<br>T | 930.00 |
| 995  TIME<br>11/15/2005<br>WIP<br>Prepared for and attended Hearing in SLC regarding Defendant's Motion to Dismiss | JKS<br>Legal Service<br>Callahan, Afton | 3.50<br>0.00<br>3.50<br>0.00 | 150.00<br>T | 525.00 |
| 993  TIME<br>12/27/2005<br>WIP<br>Reviewed file; Reviewed Discovery Responses; Researched law; Letter to Attorney regarding deficiencies | JKS<br>Legal Service<br>Callahan, Afton | 1.40<br>0.00<br>1.40<br>0.00 | 150.00<br>T | 210.00 |
| 979  TIME<br>12/29/2005<br>WIP | JKS<br>Legal Service<br>Callahan, Afton | 5.60<br>0.00<br>5.60 | 150.00<br>T | 840.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Reviewed file; Researched law; Prepared Motion for Summary Judgment; Edited and mailed; Prepared Affidavit and Exhibits | | 0.00 | | |
| 994   TIME<br>1/5/2006<br>WIP<br>Met with Afton in preparation for Desposition; Reviewed file; Prepared for Deposition; Traveled to SLC for Deposition | JKS<br>Legal Service<br>Callahan, Afton | 5.20<br>0.00<br>5.20<br>0.00 | 150.00<br>T | 780.00 |
| 1046   TIME<br>1/19/2006<br>WIP<br>Review letter from opposing Attorney; Letter in response; Mailed | JKS<br>Legal Service<br>Callahan, Afton | 0.60<br>0.00<br>0.60<br>0.00 | 150.00<br>T | 90.00 |
| 969   TIME<br>1/19/2006<br>WIP<br>Reviewed Defendant's supplemental responses; Letter to counsel regarding deficiencies; Telephone conference with Afton; Offer of settlement; Reviewed Stipulation regarding briefing schedule | JKS<br>Legal Service<br>Callahan, Afton | 1.50<br>0.00<br>1.50<br>0.00 | 150.00<br>T | 225.00 |
| 1045   TIME<br>1/31/2006<br>WIP<br>Reviewed letter from opposing Attorney; Letter in response | JKS<br>Legal Service<br>Callahan, Afton | 0.60<br>0.00<br>0.60<br>0.00 | 150.00<br>T | 90.00 |
| 1044   TIME<br>2/13/2006<br>WIP<br>Reviewed file; Research law; Created Motion for Sanctions; Created Motion to Extend Time and Proposed Order; Edited and prepared for mailing and filing | JKS<br>Legal Service<br>Callahan, Afton | 5.50<br>0.00<br>5.50<br>0.00 | 150.00<br>T | 825.00 |
| 1048   TIME<br>2/13/2006<br>WIP<br>Prepared Motion for Sanctions and Support thereof; Telephone conference with Attorney; Prepared Motion to Extend Time | JKS<br>Legal Service<br>Callahan, Afton | 2.10<br>0.00<br>2.10<br>0.00 | 150.00<br>T | 315.00 |
| 1049   TIME<br>3/4/2006<br>WIP<br>Prepared Reply in Support of Motion for Sanctions | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>1.00<br>0.00 | 150.00<br>T | 150.00 |

| Slip ID / Dates and Time / Posting Status / Description | JKS Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 1047 TIME<br>3/22/2006<br>WIP<br>Motion to Extend Time to Reply to Motion for Summary Judgment; Telephone conference with Attorney; Telephone conference with Court | JKS<br>Legal Service<br>Callahan, Afton | 0.80<br>0.00<br>0.80<br>0.00 | 150.00<br>T | 120.00 |
| 1050 TIME<br>3/29/2006<br>WIP<br>Reviewed file; Reseached law; Telephone conference with Afton; Continued work on Reply Brief; Edited Brief; Finalized and prepared for mailing/filing | JKS<br>Legal Service<br>Callahan, Afton | 20.40<br>0.00<br>20.40<br>0.00 | 150.00<br>T | 3060.00 |
| 1501 TIME<br>5/26/2006<br>WIP<br>Prepared Notice of Appeal; Consultation with Afton regarding risks | JKS<br>Legal Service<br>Callahan, Afton | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 300.00 |
| 1500 TIME<br>5/31/2006<br>WIP<br>Reviewed Defendant's Request for Cost; Researched law; Prepared, edited and served Objection to Costs | JKS<br>Legal Service<br>Callahan, Afton | 2.10<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 315.00 |
| 1503 TIME<br>6/15/2006<br>WIP<br>Prepared required documents for the Appeal; Entry of Appearance; Docketing Statement; Transcript order form; Reviewed file; Reviewed Rules of Procedure. | JKS<br>Legal Service<br>Callahan, Afton | 4.20<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 630.00 |
| 1502 TIME<br>9/1/2006<br>WIP<br>Reviewed file; Attempted Mediation with Kyle Schultz; Various conferences with Kyle; Various conferences with Afton | JKS<br>Legal Service<br>Callahan, Afton | 5.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 750.00 |
| 1496 TIME<br>9/6/2006<br>WIP<br>Reviewed file; Reviewed Transcripts and District Court's Order; Researched Law | JKS<br>Legal Service<br>Callahan, Afton | 6.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 900.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 1495       TIME<br>9/12/2006<br>WIP<br>Reviewed file; Prepared Appendix | JKS<br>Legal Service<br>Callahan, Afton | 3.20<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 480.00 |
| 1494       TIME<br>9/13/2006<br>WIP<br>Reviewed file; Reviewed Transcripts and District Court's Order; Researched law; Prepared and edited Appellant's Brief on Appeal; Prepared for mailing and filing | JKS<br>Legal Service<br>Callahan, Afton | 6.60<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 990.00 |
| 1508       TIME<br>9/27/2006<br>WIP<br>Consultation with Susan Rose regarding case and her involvement | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 150.00 |
| 1499       TIME<br>10/1/2006<br>WIP<br>Reviewed Amicus Brief; Consultation with Susan Rose | JKS<br>Legal Service<br>Callahan, Afton | 1.30<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 195.00 |
| 1509       TIME<br>10/30/2006<br>WIP<br>Motion to Enlarge Time to File Reply Brief; Telephone conference with opposing counsel | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 150.00 |
| 1498       TIME<br>11/9/2006<br>WIP<br>Reviewed file; Reviewed opposing Brief on Appeal; Began preparation of Reply Brief | JKS<br>Legal Service<br>Callahan, Afton | 5.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 750.00 |
| 1497       TIME<br>11/16/2006<br>WIP<br>Reviewed file; Reviewed opposing Brief on Appeal; Consultation with Susan Rose; Prepared and edited Reply Brief; Prepared for mailing and filing | JKS<br>Legal Service<br>Callahan, Afton | 5.60<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 840.00 |
| 1507       TIME<br>1/20/2007<br>WIP<br>Discussion with Attorney regarding continuing Oral Arguments | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 150.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 1504 TIME<br>3/1/2007<br>WIP<br>Reviewed file; Reviewed Briefs; Began work on outline for Oral Argument; Research for any new cases; Prepared for Argument; Updated Afton on status of case | JKS<br>Legal Service<br>Callahan, Afton | 7.10<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 1065.00 |
| 1505 TIME<br>3/5/2007<br>WIP<br>Traveled to Kansas City; Worked on Argument; Reviewed file; Finalized outline; Attended Oral Argument; Returned home | JKS<br>Legal Service<br>Callahan, Afton | 10.30<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 1545.00 |
| 1506 TIME<br>7/23/2007<br>WIP<br>Reviewed Appeal Court's decision; Met with Afton; Telephone conference with Kyle Schultz regarding Mediation. | JKS<br>Legal Service<br>Callahan, Afton | 3.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 450.00 |
| 1980 TIME<br>11/15/2007<br>WIP<br>Various discussions regarding the Petition to the U.S. Supreme Court in determining the appropriate attorney/firm in which to associate. | JKS<br>Legal Service<br>Callahan, Afton | 2.90<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 435.00 |
| 1979 TIME<br>12/5/2007<br>WIP<br>Reviewed Petitioner's Petition for Writ of Certiorari; Telephone conference with Theodore regarding the Petition and possible theories. | JKS<br>Legal Service<br>Callahan, Afton | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 300.00 |
| 1981 TIME<br>12/7/2007<br>WIP<br>Prepared documents for admission to Supreme Court; Met with Afton regarding associating with Washington firm; Telephone conference with Theodore. | JKS<br>Legal Service<br>Callahan, Afton | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 300.00 |
| 1982 TIME<br>12/13/2007<br>WIP<br>Telephone conference with Theodore regarding strategy; Reviewed file. | JKS<br>Legal Service<br>Callahan, Afton | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 75.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 1983　　　　TIME<br>12/14/2007<br>WIP<br>Discussion with Theodore regarding the theory of our response. | JKS<br>Legal Service<br>Callahan, Afton | 0.60<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 90.00 |
| 1984　　　　TIME<br>1/17/2008<br>WIP<br>Reviewed Theodore's draft re: Afton's Response; Outlined a framework response; E-mailed to Theodore; Reviewed rules and case law; Reviewed file. | JKS<br>Legal Service<br>Callahan, Afton | 4.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 600.00 |
| 1973　　　　TIME<br>1/18/2008<br>WIP<br>Discussion with Theodore. | JKS<br>Legal Service<br>Callahan, Afton | 0.30<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 45.00 |
| 1974　　　　TIME<br>1/22/2008<br>WIP<br>Reviewed file; Reviewed Outline; Telephone conference with Bob and Theodore regarding the final draft of the brief; Finalized strategy. | JKS<br>Legal Service<br>Callahan, Afton | 2.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 315.00 |
| 1975　　　　TIME<br>1/26/2008<br>WIP<br>Edited draft of Respondent's Reply; Telephone conference with Theodore. | JKS<br>Legal Service<br>Callahan, Afton | 3.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 450.00 |
| 1976　　　　TIME<br>1/28/2008<br>WIP<br>Telephone conference with Theodore regarding Brief. | JKS<br>Legal Service<br>Callahan, Afton | 0.30<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 45.00 |
| 1977　　　　TIME<br>1/29/2008<br>WIP<br>Reviewed file; Reviewed documents; Letter to Theodore. | JKS<br>Legal Service<br>Callahan, Afton | 1.30<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 195.00 |
| 1978　　　　TIME<br>2/14/2008<br>WIP<br>Telephone conference with Theodore regarding status of Petition; Reviewed file. | JKS<br>Legal Service<br>Callahan, Afton | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 75.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 2011<br>3/24/2008<br>WIP<br>Telephone conference with Washington Attorneys; Telephone conference with Wayne Student; Telephone conference with Tribune. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 180.00 |
| 2012<br>3/25/2008<br>WIP<br>Telephone conference with Jack planning strategy; Researched law regarding Saucier. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 225.00 |
| 2065<br>4/1/2008<br>WIP<br>Researched law regarding Saucier and qualified immunity; Reviewed file. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 165.00 |
| 2063<br>4/15/2008<br>WIP<br>Met with Dale Eyre; Researched Qualified Immunity; Reviewed file. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.80<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 270.00 |
| 2237<br>5/30/2008<br>WIP<br>Reviewed list for Appendix; Telephone conference with Attorney's Office; Reviewed file; Sent trial transcripts. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 165.00 |
| 2247<br>6/1/2008<br>WIP<br>Reviewed file; Retrieved documents to Fed Ex to Washington. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 75.00 |
| 2272<br>6/9/2008  7:18 AM<br>WIP<br>Reviewed Petitioner's Brief; Researched law; Worked on Brief. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 6.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 915.00 |
| 2273<br>6/10/2008  1:24 PM<br>WIP<br>Reviewed Petitioner's Brief; Researched law; continuation of work on Brief. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 5.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 780.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 3246<br>6/11/2008<br>WIP<br>Read Amica Briefs Pulled and read briefs cited in briefs. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 3.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 465.00 |
| 2301<br>6/12/2008<br>WIP<br>Research Law Issues; Review Case Law in Amicus Briefs. | TIME<br>5:30 AM | JKS<br>Legal Service<br>Callahan, Afton | 3.80<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 570.00 |
| 2287<br>6/13/2008<br>WIP<br>Researched case decisions for Brief. | TIME<br>12:48 PM | JKS<br>Legal Service<br>Callahan, Afton | 3.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 450.00 |
| 2282<br>6/16/2008<br>WIP<br>Research for Brief. | TIME<br>7:24 AM | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 150.00 |
| 2303<br>6/17/2008<br>WIP<br>Reviewed cases and issues; Telephone call to BYU law school for involvement. | TIME<br>11:18 AM | JKS<br>Legal Service<br>Callahan, Afton | 3.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 525.00 |
| 2302<br>6/17/2008<br>WIP<br>Preparation for and attend Hearing on Telephone conference on Briefs; Discussed strategy. | TIME<br>9:18 AM | JKS<br>Legal Service<br>Callahan, Afton | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 300.00 |
| 2300<br>6/18/2008<br>WIP<br>Telephone conference with Jack; Met with Client; Letter of Settlement to Peter Stirba; Research Law. | TIME<br>3:30 AM | JKS<br>Legal Service<br>Callahan, Afton | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 300.00 |
| 3247<br>6/20/2008<br>WIP<br>Followed up regarding settling; Research law; Summarized strategy with co-counsel. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 180.00 |
| 3248<br>7/15/2008<br>WIP<br>Reviewed Appendix documents; Reviewed file to | TIME | JKS<br>Legal Service<br>Callahan, Afton | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 300.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| determine if additional material; Research for Brief. | | | | |
| 2410　　　　TIME<br>7/24/2008<br>WIP<br>Reviewed respondents brief; Researched law | JKS<br>Legal Service<br>Callahan, Afton | 4.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 630.00 |
| 2409　　　　TIME<br>7/25/2008<br>WIP<br>Researched law; Review brief; outline suggestions; Telephone conference with with Washington attorney | JKS<br>Legal Service<br>Callahan, Afton | 5.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 765.00 |
| 2451　　　　TIME<br>8/3/2008<br>WIP<br>Read Brief; Outlined Changes; Faxed | JKS<br>Legal Service<br>Callahan, Afton | 3.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 465.00 |
| 2452　　　　TIME<br>8/4/2008<br>WIP<br>Telephone conference with Attorney about thoughts on case/brief, strategy regarding finalizing brief | JKS<br>Legal Service<br>Callahan, Afton | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 300.00 |
| 2509　　　　TIME<br>8/20/2008<br>WIP<br>Research on 1988 issues of attorney's fees | JKS<br>Legal Service<br>Callahan, Afton | 1.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 165.00 |
| 3251　　　　TIME<br>9/5/2008<br>WIP<br>Research cases for oral argument responses; Read reply Brief; Researched cases; Reviewed file; Telephone conference with Jack regarding strategy. | JKS<br>Legal Service<br>Callahan, Afton | 5.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 780.00 |
| 2672　　　　TIME<br>10/1/2008<br>WIP<br>Prepare for Moot Court; E-mail to Jack; Attended Moot Court Practice | JKS<br>Legal Service<br>Callahan, Afton | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 300.00 |
| 3249　　　　TIME<br>10/6/2008<br>WIP<br>Attended internal Moot by telephone; Telephone conference with Jack regarding issues; Answer questions regarding Fillmore. | JKS<br>Legal Service<br>Callahan, Afton | 2.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 315.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 3250 TIME<br>10/9/2008<br>WIP<br>Attended Georgetown Moot Court by telephone; Telephone conference with Jack regarding issues and responses. | JKS<br>Legal Service<br>Callahan, Afton | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 300.00 |
| 3252 TIME<br>10/13/2008<br>WIP<br>Telephone conference with Jack; Prepared for Oral Argument. | JKS<br>Legal Service<br>Callahan, Afton | 0.60<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 90.00 |
| 3245 TIME<br>10/16/2008<br>WIP<br>Telephone conference with Jack regarding Media; Prepared and organized files. | JKS<br>Legal Service<br>Callahan, Afton | 0.60<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 90.00 |
| 2728 TIME<br>10/17/2008<br>WIP<br>Traveled to Washington D.C for Oral Arguments; Reviewed Case; Met with and prepped Jack regarding Arguments; Attended arguments; Post-meeting. | JKS<br>Legal Service<br>Callahan, Afton | 20.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 3000.00 |
| 3244 TIME<br>1/28/2009<br>WIP<br>Research Attorney's fees issues; Telephone conference with Jack; Research law regarding Motion filed. | JKS<br>Legal Service<br>Callahan, Afton | 3.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 450.00 |

Grand Total

| | | | |
|---|---|---|---|
| Billable | 260.10 | | 38990.00 |
| Unbillable | 0.00 | | 0.00 |
| Total | 260.10 | | 38990.00 |