---

## Selection Criteria

Slip.Classification    Open
Clie.Selection         Include: Callahan, Afton
Slip.Transaction Typ   2 - 2

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 830<br>3/9/2005<br>WIP<br>Sevier County Sheriffs' Office | EXP | JKS<br>Process Service<br>Callahan, Afton | 1 | 31.50 | 31.50 |
| 829<br>3/11/2005<br>WIP<br>Sanpete County Sheriff's Office | EXP | JKS<br>Process Service<br>Callahan, Afton | 1 | 49.50 | 49.50 |
| 844<br>6/9/2005<br>WIP<br>Millard County--Service fees 11819 | EXP | JKS<br>Court Fees<br>Callahan, Afton | 1 | 67.50 | 67.50 |
| 860<br>7/18/2005<br>WIP<br>Summons and Complaint | EXP | JKS<br>Process Service<br>Callahan, Afton | 1 | 49.50 | 49.50 |
| 859<br>7/19/2005<br>WIP<br>Summons and Complaint | EXP | JKS<br>Process Service<br>Callahan, Afton | 2 | 48.00 | 96.00 |
| 984<br>10/8/2005<br>WIP<br>Court Filing Fee | EXP | JKS<br>Process Service<br>Callahan, Afton | 1 | 155.00 | 155.00 |
| 2024<br>10/11/2005<br>WIP<br>Filing Fee for 10th Circuit Appeal. | EXP | JKS<br>Court Fees<br>Callahan, Afton | 1 | 455.00 | 455.00 |
| 1304<br>9/14/2006<br>WIP<br>Costs for mailing Briefs to 10th Circuit<br>Court-Denver. | EXP | JKS<br>Mailing<br>Callahan, Afton | 1 | 16.55 | 16.55 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 1451<br>2/12/2007<br>WIP<br>Airline costs--Kansas City for Hearing before<br>10th Circuit Court. | EXP | JKS<br>Mileage<br>Callahan, Afton | 1 | 482.04 | 482.04 |
| 1510<br>3/5/2007<br>WIP<br>Motel room and expenses in Kansas City, KA | EXP | JKS<br>Motel<br>Callahan, Afton | 1 | 225.18 | 225.18 |
| 1511<br>3/5/2007<br>WIP<br>Rental Car expense--Kansas City | EXP | JKS<br>Mileage<br>Callahan, Afton | 1 | 90.00 | 90.00 |
| 2026<br>3/7/2007<br>WIP<br>10th Circuit Appeal in Kansas City-Expenses | EXP | JKS<br>Travel<br>Callahan, Afton | 1 | 74.00 | 74.00 |
| 1595<br>8/19/2007<br>WIP<br>Binding of Supreme Court Briefs | EXP | JKS<br>Photocopies<br>Callahan, Afton | 1 | 42.19 | 42.19 |
| 1596<br>8/20/2007<br>WIP<br>Costs for mailing briefs to Supreme Court. | EXP | JKS<br>Mailing<br>Callahan, Afton | 1 | 8.38 | 8.38 |
| 3241<br>10/12/2008<br>WIP<br>Flight to New York/ Washington DC. | EXP | JKS<br>Travel<br>Callahan, Afton | 1 | 379.01 | 379.01 |
| 3242<br>10/12/2008<br>WIP<br>Motel--Washington DC | EXP | JKS<br>Motel<br>Callahan, Afton | 1 | 687.78 | 687.78 |
| 3243<br>10/12/2008<br>WIP<br>Rental Car--Washington DC | EXP | JKS<br>Travel<br>Callahan, Afton | 1 | 280.00 | 280.00 |

| Grand Total | | | | | |
|---|---|---|---|---|---|
| | | Billable | 0.00 | | 3189.13 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.00 | | 3189.13 |

---

## Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: Callahan, Afton |
| Slip.Transaction Typ | 1 - 1 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 985      TIME<br>11/1/2004<br>WIP<br>Responded to letter from James Fisher | JKS<br>Legal Service<br>Callahan, Afton | 0.60<br>0.00<br>0.60<br>0.00 | 150.00<br>T | 90.00 |
| 986      TIME<br>11/15/2004<br>WIP<br>Responded to letter from Peter Stirba;<br>Researched law | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>1.00<br>0.00 | 150.00<br>T | 150.00 |
| 987      TIME<br>11/27/2004<br>WIP<br>Responded to letter from Greg Nielson;<br>Reviewed file; Researched law | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>1.00<br>0.00 | 150.00<br>T | 150.00 |
| 988      TIME<br>12/21/2004<br>WIP<br>Mailed Waivers | JKS<br>Legal Service<br>Callahan, Afton | 0.80<br>0.00<br>0.80<br>0.00 | 150.00<br>T | 120.00 |
| 973      TIME<br>2/25/2005<br>WIP<br>Prepared forms from State | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>1.00<br>0.00 | 150.00<br>T | 150.00 |
| 990      TIME<br>3/15/2005<br>WIP<br>Mailed return of Service to Court. | JKS<br>Legal Service<br>Callahan, Afton | 0.50<br>0.00<br>0.50<br>0.00 | 150.00<br>T | 75.00 |
| 989      TIME<br>3/23/2005<br>WIP<br>Responded to letter from Dennis Ferguson;<br>Researched law; Reviewed file | JKS<br>Legal Service<br>Callahan, Afton | 1.30<br>0.00<br>1.30<br>0.00 | 150.00<br>T | 195.00 |

_009
35 PM

| Slip ID / Dates and Time / Posting Status / Description | JKS / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| TIME | | 0.50 | 150.00 | 75.00 |
| 982 | JKS | 0.00 | T | |
| 4/12/2005 | Legal Service | 0.50 | | |
| WIP | Callahan, Afton | 0.00 | | |
| Clerk's letter for Proof of Service | | | | |
| TIME | | 2.40 | 150.00 | 360.00 |
| 974 | JKS | 0.00 | T | |
| 4/13/2005 | Legal Service | 2.40 | | |
| WIP | Callahan, Afton | 0.00 | | |
| Motion for Leave to file Amended Complaint; Researched law; Prepared Amended Complaint | | | | |
| TIME | | 1.00 | 150.00 | 150.00 |
| 978 | JKS | 0.00 | T | |
| 4/13/2005 | Legal Service | 1.00 | | |
| WIP | Callahan, Afton | 0.00 | | |
| Prepared Plaintiff's response to Defendant's Motion for a more definitive statement | | | | |
| TIME | | 6.00 | 150.00 | 900.00 |
| 991 | JKS | 0.00 | T | |
| 4/21/2005 | Legal Service | 6.00 | | |
| WIP | Callahan, Afton | 0.00 | | |
| Researched law; Reviewed file; Telephone conference with Afton; Prepared Plaintiff's opposition to Defendant's Motion for Judgment on the pleading. | | | | |
| TIME | | 1.80 | 150.00 | 270.00 |
| 976 | JKS | 0.00 | T | |
| 4/21/2005 | Legal Service | 1.80 | | |
| WIP | Callahan, Afton | 0.00 | | |
| Researched law; Prepared Reply Memorandum in Support of Motion for Leave to file Amended Complaint | | | | |
| TIME | | 0.50 | 150.00 | 75.00 |
| 977 | JKS | 0.00 | T | |
| 5/17/2005 | Legal Service | 0.50 | | |
| WIP | Callahan, Afton | 0.00 | | |
| Reviewed Court's Order | | | | |
| TIME | | 0.50 | 150.00 | 75.00 |
| 981 | JKS | 0.00 | T | |
| 5/25/2005 | Legal Service | 0.50 | | |
| WIP | Callahan, Afton | 0.00 | | |
| Attorney letter | | | | |
| TIME | | 0.50 | 150.00 | 75.00 |
| 992 | JKS | 0.00 | T | |
| 5/25/2005 | Legal Service | 0.50 | | |
| WIP | Callahan, Afton | 0.00 | | |
| Responded to letter from Dennis Ferguson; Telephone conference with Afton | | | | |
| TIME | | 0.50 | 100.00 | 50.00 |
| 975 | JKS | 0.00 | T@1 | |
| 6/15/2005 | Legal Service | 0.50 | | |
| WIP | Callahan, Afton | 0.00 | | |
| Reviewed Stipuation for Dismissal; Mailed to | | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description<br>Attorney | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 971<br>7/28/2005<br>WIP<br>Reviewed file; Prepared Initial Disclosure;<br>Prepared for mailing; Negotiated back and forth<br>on Report of parties; Planning meeting; Filed<br>seperate reports; Several telephone conferences<br>with Attorney with changes to Report Proposals | TIME<br><br><br>JKS<br>Legal Service<br>Callahan, Afton | 4.20<br>0.00<br>4.20<br>0.00 | 150.00<br>T | 630.00 |
| 972<br>8/5/2005<br>WIP<br>Reviewed and calendared Scheduling Order | TIME<br><br><br>JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>1.00<br>0.00 | 150.00<br>T | 150.00 |
| 980<br>8/12/2005<br>WIP<br>Reviewed letter from Attorney; Prepared and<br>mailed letter in response | TIME<br><br><br>JKS<br>Legal Service<br>Callahan, Afton | 0.80<br>0.00<br>0.80<br>0.00 | 150.00<br>T | 120.00 |
| 983<br>10/8/2005<br>WIP<br>Prepared Complaints and Summons for each<br>party; Reviewed file; Prepared for service and<br>mailed | TIME<br><br><br>JKS<br>Legal Service<br>Callahan, Afton | 4.80<br>0.00<br>4.80<br>0.00 | 150.00<br>T | 720.00 |
| 970<br>10/17/2005<br>WIP<br>Met with Afton; Reviewed Defendant's Discovery<br>Responses; Prepared Responses; Edited and<br>prepared for mailing; mailed. | TIME<br><br><br>JKS<br>Legal Service<br>Callahan, Afton | 6.20<br>0.00<br>6.20<br>0.00 | 150.00<br>T | 930.00 |
| 995<br>11/15/2005<br>WIP<br>Prepared for and attended Hearing in SLC<br>regarding Defendant's Motion to Dismiss | TIME<br><br><br>JKS<br>Legal Service<br>Callahan, Afton | 3.50<br>0.00<br>3.50<br>0.00 | 150.00<br>T | 525.00 |
| 993<br>12/27/2005<br>WIP<br>Reviewed file; Reviewed Discovery Responses;<br>Researched law; Letter to Attorney regarding<br>deficiencies | TIME<br><br><br>JKS<br>Legal Service<br>Callahan, Afton | 1.40<br>0.00<br>1.40<br>0.00 | 150.00<br>T | 210.00 |
| 979<br>12/29/2005<br>WIP | TIME<br><br><br>JKS<br>Legal Service<br>Callahan, Afton | 5.60<br>0.00<br>5.60 | 150.00<br>T | 840.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Reviewed file; Researched law; Prepared Motion for Summary Judgment; Edited and mailed; Prepared Affidavit and Exhibits | | 0.00 | | |
| 994               TIME<br>1/5/2006<br>WIP<br>Met with Afton in preparation for Desposition; Reviewed file; Prepared for Deposition; Traveled to SLC for Deposition | JKS<br>Legal Service<br>Callahan, Afton | 5.20<br>0.00<br>5.20<br>0.00 | 150.00<br>T | 780.00 |
| 1046               TIME<br>1/19/2006<br>WIP<br>Review letter from opposing Attorney; Letter in response; Mailed | JKS<br>Legal Service<br>Callahan, Afton | 0.60<br>0.00<br>0.60<br>0.00 | 150.00<br>T | 90.00 |
| 969               TIME<br>1/19/2006<br>WIP<br>Reviewed Defendant's supplemental responses; Letter to counsel regarding deficiencies; Telephone conference with Afton; Offer of settlement; Reviewed Stipulation regarding briefing schedule | JKS<br>Legal Service<br>Callahan, Afton | 1.50<br>0.00<br>1.50<br>0.00 | 150.00<br>T | 225.00 |
| 1045               TIME<br>1/31/2006<br>WIP<br>Reviewed letter from opposing Attorney; Letter in response | JKS<br>Legal Service<br>Callahan, Afton | 0.60<br>0.00<br>0.60<br>0.00 | 150.00<br>T | 90.00 |
| 1044               TIME<br>2/13/2006<br>WIP<br>Reviewed file; Research law; Created Motion for Sanctions; Created Motion to Extend Time and Proposed Order; Edited and prepared for mailing and filing | JKS<br>Legal Service<br>Callahan, Afton | 5.50<br>0.00<br>5.50<br>0.00 | 150.00<br>T | 825.00 |
| 1048               TIME<br>2/13/2006<br>WIP<br>Prepared Motion for Sanctions and Support thereof; Telephone conference with Attorney; Prepared Motion to Extend Time | JKS<br>Legal Service<br>Callahan, Afton | 2.10<br>0.00<br>2.10<br>0.00 | 150.00<br>T | 315.00 |
| 1049               TIME<br>3/4/2006<br>WIP<br>Prepared Reply in Support of Motion for Sanctions | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>1.00<br>0.00 | 150.00<br>T | 150.00 |

| Slip ID Dates and Time Posting Status Description | JKS Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 1047     TIME 3/22/2006 WIP Motion to Extend Time to Reply to Motion for Summary Judgment; Telephone conference with Attorney; Telephone conference with Court | JKS Legal Service Callahan, Afton | 0.80 0.00 0.80 0.00 | 150.00 T | 120.00 |
| 1050     TIME 3/29/2006 WIP Reviewed file; Reseached law; Telephone conference with Afton; Continued work on Reply Brief; Edited Brief; Finalized and prepared for mailing/filing | JKS Legal Service Callahan, Afton | 20.40 0.00 20.40 0.00 | 150.00 T | 3060.00 |
| 1501     TIME 5/26/2006 WIP Prepared Notice of Appeal; Consultation with Afton regarding risks | JKS Legal Service Callahan, Afton | 2.00 0.00 0.00 0.00 | 150.00 T | 300.00 |
| 1500     TIME 5/31/2006 WIP Reviewed Defendant's Request for Cost; Researched law; Prepared, edited and served Objection to Costs | JKS Legal Service Callahan, Afton | 2.10 0.00 0.00 0.00 | 150.00 T | 315.00 |
| 1503     TIME 6/15/2006 WIP Prepared required documents for the Appeal; Entry of Appearance; Docketing Statement; Transcript order form; Reviewed file; Reviewed Rules of Procedure. | JKS Legal Service Callahan, Afton | 4.20 0.00 0.00 0.00 | 150.00 T | 630.00 |
| 1502     TIME 9/1/2006 WIP Reviewed file; Attempted Mediation with Kyle Schultz; Various conferences with Kyle; Various conferences with Afton | JKS Legal Service Callahan, Afton | 5.00 0.00 0.00 0.00 | 150.00 T | 750.00 |
| 1496     TIME 9/6/2006 WIP Reviewed file; Reviewed Transcripts and District Court's Order; Researched Law | JKS Legal Service Callahan, Afton | 6.00 0.00 0.00 0.00 | 150.00 T | 900.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 1495<br>9/12/2006<br>WIP<br>Reviewed file; Prepared Appendix | TIME | JKS<br>Legal Service<br>Callahan, Afton | 3.20<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 480.00 |
| 1494<br>9/13/2006<br>WIP<br>Reviewed file; Reviewed Transcripts and District<br>Court's Order; Researched law; Prepared and<br>edited Appellant's Brief on Appeal; Prepared for<br>mailing and filing | TIME | JKS<br>Legal Service<br>Callahan, Afton | 6.60<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 990.00 |
| 1508<br>9/27/2006<br>WIP<br>Consultation with Susan Rose regarding case<br>and her involvement | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 150.00 |
| 1499<br>10/1/2006<br>WIP<br>Reviewed Amicus Brief; Consultation with Susan<br>Rose | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.30<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 195.00 |
| 1509<br>10/30/2006<br>WIP<br>Motion to Enlarge Time to File Reply Brief;<br>Telephone conference with opposing counsel | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 150.00 |
| 1498<br>11/9/2006<br>WIP<br>Reviewed file; Reviewed opposing Brief on<br>Appeal; Began preparation of Reply Brief | TIME | JKS<br>Legal Service<br>Callahan, Afton | 5.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 750.00 |
| 1497<br>11/16/2006<br>WIP<br>Reviewed file; Reviewed opposing Brief on<br>Appeal; Consultation with Susan Rose; Prepared<br>and edited Reply Brief; Prepared for mailing and<br>filing | TIME | JKS<br>Legal Service<br>Callahan, Afton | 5.60<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 840.00 |
| 1507<br>1/20/2007<br>WIP<br>Discussion with Attorney regarding continuing<br>Oral Arguments | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 150.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 1504<br>3/1/2007<br>WIP<br>Reviewed file; Reviewed Briefs; Began work on<br>outline for Oral Argument; Research for any new<br>cases; Prepared for Argument; Updated Afton on<br>status of case | TIME | JKS<br>Legal Service<br>Callahan, Afton | 7.10<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 1065.00 |
| 1505<br>3/5/2007<br>WIP<br>Traveled to Kansas City; Worked on Argument;<br>Reviewed file; Finalized outline; Attended Oral<br>Argument; Returned home | TIME | JKS<br>Legal Service<br>Callahan, Afton | 10.30<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 1545.00 |
| 1506<br>7/23/2007<br>WIP<br>Reviewed Appeal Court's decision; Met with<br>Afton; Telephone conference with Kyle Schultz<br>regarding Mediation. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 3.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T | 450.00 |
| 1980<br>11/15/2007<br>WIP<br>Various discussions regarding the Petition to the<br>U.S. Supreme Court in determining the<br>appropriate attorney/firm in which to associate. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 2.90<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 435.00 |
| 1979<br>12/5/2007<br>WIP<br>Reviewed Petitioner's Petition for Writ of<br>Certiorari; Telephone conference with Theodore<br>regarding the Petition and possible theories. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 300.00 |
| 1981<br>12/7/2007<br>WIP<br>Prepared documents for admission to Supreme<br>Court; Met with Afton regarding associating with<br>Washington firm; Telephone conference with<br>Theodore. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 300.00 |
| 1982<br>12/13/2007<br>WIP<br>Telephone conference with Theodore regarding<br>strategy; Reviewed file. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 75.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 1983<br>12/14/2007<br>WIP<br>Discussion with Theodore regarding the theory<br>of our response. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 0.60<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 90.00 |
| 1984<br>1/17/2008<br>WIP<br>Reviewed Theodore's draft re: Afton's<br>Response; Outlined a framework response;<br>E-mailed to Theodore; Reviewed rules and case<br>law; Reviewed file. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 4.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 600.00 |
| 1973<br>1/18/2008<br>WIP<br>Discussion with Theodore. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 0.30<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 45.00 |
| 1974<br>1/22/2008<br>WIP<br>Reviewed file; Reviewed Outline; Telephone<br>conference with Bob and Theodore regarding<br>the final draft of the brief; Finalized strategy. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 2.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 315.00 |
| 1975<br>1/26/2008<br>WIP<br>Edited draft of Respondent's Reply; Telephone<br>conference with Theodore. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 3.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 450.00 |
| 1976<br>1/28/2008<br>WIP<br>Telephone conference with Theodore regarding<br>Brief. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 0.30<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 45.00 |
| 1977<br>1/29/2008<br>WIP<br>Reviewed file; Reviewed documents; Letter to<br>Theodore. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.30<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 195.00 |
| 1978<br>2/14/2008<br>WIP<br>Telephone conference with Theodore regarding<br>status of Petition; Reviewed file. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 75.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 2011<br>3/24/2008<br>WIP<br>Telephone conference with Washington<br>Attorneys; Telephone conference with Wayne<br>Student; Telephone conference with Tribune. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 180.00 |
| 2012<br>3/25/2008<br>WIP<br>Telephone conference with Jack planning<br>strategy; Researched law regarding Saucier. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 225.00 |
| 2065<br>4/1/2008<br>WIP<br>Researched law regarding Saucier and qualified<br>immunity; Reviewed file. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 165.00 |
| 2063<br>4/15/2008<br>WIP<br>Met with Dale Eyre; Researched Qualified<br>Immunity; Reviewed file. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.80<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 270.00 |
| 2237<br>5/30/2008<br>WIP<br>Reviewed list for Appendix; Telephone<br>conference with Attorney's Office; Reviewed file;<br>Sent trial transcripts. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 165.00 |
| 2247<br>6/1/2008<br>WIP<br>Reviewed file; Retrieved documents to Fed Ex to<br>Washington. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 75.00 |
| 2272<br>6/9/2008<br>WIP<br>Reviewed Petitioner's Brief; Researched law;<br>Worked on Brief. | TIME<br>7:18 AM | JKS<br>Legal Service<br>Callahan, Afton | 6.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 915.00 |
| 2273<br>6/10/2008<br>WIP<br>Reviewed Petitioner's Brief; Researched law;<br>continuation of work on Brief. | TIME<br>1:24 PM | JKS<br>Legal Service<br>Callahan, Afton | 5.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 780.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 3246<br>6/11/2008<br>WIP<br>Read Amica Briefs Pulled and read briefs cited<br>in briefs. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 3.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 465.00 |
| 2301<br>6/12/2008<br>WIP<br>Research Law Issues; Review Case Law in<br>Amicus Briefs. | TIME<br>5:30 AM | JKS<br>Legal Service<br>Callahan, Afton | 3.80<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 570.00 |
| 2287<br>6/13/2008<br>WIP<br>Researched case decisions for Brief. | TIME<br>12:48 PM | JKS<br>Legal Service<br>Callahan, Afton | 3.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 450.00 |
| 2282<br>6/16/2008<br>WIP<br>Research for Brief. | TIME<br>7:24 AM | JKS<br>Legal Service<br>Callahan, Afton | 1.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 150.00 |
| 2303<br>6/17/2008<br>WIP<br>Reviewed cases and issues; Telephone call to<br>BYU law school for involvement. | TIME<br>11:18 AM | JKS<br>Legal Service<br>Callahan, Afton | 3.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 525.00 |
| 2302<br>6/17/2008<br>WIP<br>Preparation for and attend Hearing on<br>Telephone conference on Briefs; Discussed<br>strategy. | TIME<br>9:18 AM | JKS<br>Legal Service<br>Callahan, Afton | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 300.00 |
| 2300<br>6/18/2008<br>WIP<br>Telephone conference with Jack; Met with<br>Client; Letter of Settlement to Peter Stirba;<br>Research Law. | TIME<br>3:30 AM | JKS<br>Legal Service<br>Callahan, Afton | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 300.00 |
| 3247<br>6/20/2008<br>WIP<br>Followed up regarding settling; Research law;<br>Summarized strategy with co-counsel. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 1.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 180.00 |
| 3248<br>7/15/2008<br>WIP<br>Reviewed Appendix documents; Reviewed file to | TIME | JKS<br>Legal Service<br>Callahan, Afton | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 300.00 |

| Slip ID Dates and Time Posting Status Description | | JKS Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| determine if additional material; Research for Brief. | | | | | |
| 2410 7/24/2008 WIP | TIME | JKS Legal Service Callahan, Afton | 4.20 0.00 0.00 0.00 | 150.00 C@1 | 630.00 |
| Reviewed respondents brief; Researched law | | | | | |
| 2409 7/25/2008 WIP | TIME | JKS Legal Service Callahan, Afton | 5.10 0.00 0.00 0.00 | 150.00 C@1 | 765.00 |
| Researched law; Review brief; outline suggestions; Telephone conference with with Washington attorney | | | | | |
| 2451 8/3/2008 WIP | TIME | JKS Legal Service Callahan, Afton | 3.10 0.00 0.00 0.00 | 150.00 C@1 | 465.00 |
| Read Brief; Outlined Changes; Faxed | | | | | |
| 2452 8/4/2008 WIP | TIME | JKS Legal Service Callahan, Afton | 2.00 0.00 0.00 0.00 | 150.00 C@1 | 300.00 |
| Telephone conference with Attorney about thoughts on case/brief, strategy regarding finalizing brief | | | | | |
| 2509 8/20/2008 WIP | TIME | JKS Legal Service Callahan, Afton | 1.10 0.00 0.00 0.00 | 150.00 C@1 | 165.00 |
| Research on 1988 issues of attorney's fees | | | | | |
| 3251 9/5/2008 WIP | TIME | JKS Legal Service Callahan, Afton | 5.20 0.00 0.00 0.00 | 150.00 C@1 | 780.00 |
| Research cases for oral argument responses; Read reply Brief; Researched cases; Reviewed file; Telephone conference with Jack regarding strategy. | | | | | |
| 2672 10/1/2008 WIP | TIME | JKS Legal Service Callahan, Afton | 2.00 0.00 0.00 0.00 | 150.00 C@1 | 300.00 |
| Prepare for Moot Court; E-mail to Jack; Attended Moot Court Practice | | | | | |
| 3249 10/6/2008 WIP | TIME | JKS Legal Service Callahan, Afton | 2.10 0.00 0.00 0.00 | 150.00 C@1 | 315.00 |
| Attended internal Moot by telephone; Telephone conference with Jack regarding issues; Answer questions regarding Fillmore. | | | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | JKS<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 3250<br>10/9/2008<br>WIP<br>Attended Georgetown Moot Court by telephone;<br>Telephone conference with Jack regarding<br>issues and responses. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 300.00 |
| 3252<br>10/13/2008<br>WIP<br>Telephone conference with Jack; Prepared for<br>Oral Argument. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 0.60<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 90.00 |
| 3245<br>10/16/2008<br>WIP<br>Telephone conference with Jack regarding<br>Media; Prepared and organized files. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 0.60<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 90.00 |
| 2728<br>10/17/2008<br>WIP<br>Traveled to Washington D.C for Oral Arguments;<br>Reviewed Case; Met with and prepped Jack<br>regarding Arguments; Attended arguments;<br>Post-meeting. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 20.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 3000.00 |
| 3244<br>1/28/2009<br>WIP<br>Research Attorney's fees issues; Telephone<br>conference with Jack; Research law regarding<br>Motion filed. | TIME | JKS<br>Legal Service<br>Callahan, Afton | 3.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@1 | 450.00 |

| Grand Total | | | | | |
|---|---|---|---|---|---|
| | | Billable | 260.10 | | 38990.00 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 260.10 | | 38990.00 |